SAMUEL GOODMAN et al., Appellants, *v.* MICHAEL BALL et al., Respondents.

FREDERICK BUHL et al., Appellants, *v.* SAME, Respondents.

(Submitted June 22, 1887; decided July 1, 1887.)

*Wadsworth & Loveridge* for appellants.

*Baker & Schwartz* for respondents.

Agree to dismiss appeals; no opinion.
All concur.
Appeals dismissed.

---

LEWIS NEWGASS, Appellant, *v.* ROBERT SALOMON, Respondent.

FROILAU MIRANDA et al., Appellants, *v.* SAME, Respondent.

JULIUS BEER et al., Appellants, *v.* SAME, Respondent.

(Submitted June 22, 1887; decided July 1, 1887.)

*Wales F. Severance* for appellants.

*Blumenstiel & Hirsch* for respondent.

Agree to reverse orders of General and Special Terms, and to deny motion.
All concur.
Ordered accordingly.

---

In the Matter of the Petition of BENJAMIN RUSSAK et al.

(Argued June 22, 1887; decided July 1, 1887.)

*Nathaniel C. Moak* for appellant.

*Edwin L. Kalish* and *Alfred Jaretski* for respondents.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.